IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 07-cv-01270-REB-KLM

CYPRUS AMAX MINERALS COMPANY, a Delaware corporation, et al.,

    Plaintiffs,

v.

TRONOX INCORPORATED, a Delaware corporation, et al.,

    Defendants.

---

## MINUTE ORDER[1]

---

The matter comes before the court on the **Joint Motion To Vacate and Reset Trial and Trial Preparation Conference** [#29], filed January 15, 2008. After careful review the motion and the file, the court has concluded that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion To Vacate and Reset Trial and Trial Preparation Conference** [#29], filed January 15, 2008, is **GRANTED**;

2. That the Trial Preparation Conference set for September 12, 2008, is **VACATED**;

3. That the trial to court set to commence September 15, 2008, is **VACATED**; and

4. That on **January 23, 2008**, at 10:30 a.m., the court shall conduct a telephonic conference call in order to reset this matter for trial and trial preparation conference. Counsel for the plaintiff shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

Dated: January 16, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.