IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01270-REB-KLM

CYPRUS AMAX MINERALS COMPANY, and
AMAX RESEARCH & DEVELOPMENT, INC.,

    Plaintiff(s),

v.

TRONOX INCORPORATED,
TRONOX WORDLWIDE, LLC., and
TRONOX, LLC.,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion to Amend Answer** [Docket No. 32; filed May 1, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Defendants shall file an amended Answer within **fifteen (15) days** of the date of this Order.

    Dated: May 7, 2008