IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01270-REB-KLM

CYPRUS AMAX MINERALS COMPANY, and
AMAX RESEARCH & DEVELOPMENT, INC.,

    Plaintiff(s),

v.

TRONOX INCORPORATED,
TRONOX WORDLWIDE, LLC., and
TRONOX, LLC.,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Unopposed Motion to Modify Scheduling Order and Request to Continue Settlement Conference** [Docket No. 42; Filed July 11, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly, the Scheduling Order will be modified as follows:

    The deadline to designate experts shall be **September 1, 2008**.

    The deadline to designate rebuttal experts shall be **October 15, 2008**.

    The fact discovery deadline shall be **November 1, 2008**.

    The expert and all other discovery deadline shall be **December 1, 2008**.

    The dispositive motion deadline shall be **January 15, 2009**.

    IT IS FURTHER **ORDERED** that the settlement conference currently set for July 23, 2008 is **VACATED** and **RESET** as a Status Conference. The parties shall conference together and call the Court at (303)-335-2770 at 1:30 p.m. for purposes of conducting the

status conference.

Dated: July 14, 2008