IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 07-cv-01270-CMA-KLM

CYPRUS AMAX MINERALS COMPANY, and
AMAX RESEARCH & DEVELOPMENT, INC.,

    Plaintiffs,

v.

TRONOX INCORPORATED,
TRONOX WORDLWIDE, LLC., and
TRONOX, LLC.,

    Defendants.

## ORDER OF ADMINISTRATIVE CLOSURE

This matter is before the Court on the Suggestion of Bankruptcy (Doc. # 58) filed by Defendants on January 13, 2009. On January 12, 2009, the United States Bankruptcy Court for the Southern District of New York entered Orders for Relief under title 11 of chapter 11 for Tronox Incorporated, Tronox Worldwide, LLC and Tronox, LLC. Prosecution of this case is now precluded by Section 361 of the Bankruptcy Code, and the Court finds that this case should be administratively closed. Accordingly,

IT IS ORDERED that the Clerk of the Court shall administratively close this action. It is

FURTHER ORDERED that the Final Trial Preparation Conference set for June 26, 2009 and the 15-day Court trial set to commence on July 6, 2009 in this matter are hereby VACATED.

DATED: January  23 , 2009

BY THE COURT:

*(signature)*

_____
CHRISTINE M. ARGUELLO
United States District Judge