**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 07-cv-01270-CMA-KLM

CYPRUS AMAX MINERALS COMPANY, a Delaware corporation, and
AMAX RESEARCH & DEVELOPMENT, INC., a Delaware corporation,

    Plaintiffs,

v.

TRONOX INCORPORATED, a Delaware corporation,
TRONOX WORLDWIDE LLC, a Delaware limited liability company, and
TRONOX LLC, a Delaware limited liability company,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulation of Dismissal With Prejudice (Doc. # 62), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE.

DATED: September __12__, 2011

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Court Judge